UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC WALLACE,<br><br>   Petitioner,<br><br>   v.<br><br>DEBBIE ASUNCION, Warden,<br><br>   Respondent. | Case No. 2:18-cv-09609-VBF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Respondent's Answer to the Petition (Dkt. 29) and supporting records, Petitioner's Traverse (Dkt. 40), the Report and Recommendation of the United States Magistrate Judge (Dkt. 44), and the objections to the Report and Recommendation filed by Petitioner (Dkt. 56).

  Having engaged in a de novo review of those portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

IT IS THEREFORE ORDERED that:

1. Petitioner's requests for an evidentiary hearing and appointment of counsel are denied; and
2. Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: August 27, 2021

/s/ Valerie Baker Fairbank
_____

VALERIE BAKER FAIRBANK
United States District Judge

2