JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC WALLACE, | Case No. 2:18-cv-09609-VBF (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against petitioner Eric Wallace.  IT IS SO ADJUDGED.

Dated:  August 27, 2021

/s/ Valerie Baker Fairbank

_____
VALERIE BAKER FAIRBANK
United States District Judge